UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                    |   |                                |
|--------------------|---|--------------------------------|
| RAYAN TOBY,        | * |                                |
|                    | * |                                |
| Plaintiff,         | * |                                |
|                    | * |                                |
| v.                 | * | Civil Action No. 1:22-cv-10829-IT |
|                    | * |                                |
| JEFFREY GENNETTE,  | * |                                |
|                    | * |                                |
| Defendant.         | * |                                |

ORDER OF DISIMSSAL

August 5, 2022

TALWANI, D.J.

Defendant Jeffrey Gennette filed his Motion to Dismiss [Doc. No. 6], contending that Plaintiff Rayan Toby failed to state a claim upon which relief can be granted. Specifically, Gennette argues that Toby did not articulate any specific causes of action or identify any statutes under which he is bringing his lawsuit and improperly names Gennette, the Chairman and Chief Executive Officer of Macy's, Inc. ("Macy's") as defendant in his individual capacity where Toby's claims are against Toby's former employer, Macy's. Gennette further argues, to the extent that Toby may be attempting to assert claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* or M.G.L. c. 151B, such claims fail as a matter of law due to Toby's failure to exhaust his administrative remedies and, to the extent Toby may be attempting to bring a common law wrongful termination claim, that claim also fails because Toby was an at-will employee and has failed to allege that his termination was contrary to a well-defined public policy of Massachusetts. Toby filed no response to Gennette's motion.

Case 1:22-cv-10829-IT   Document 11   Filed 08/05/22   Page 2 of 2

2

Pursuant to the court's Order [Doc. No. 10], Toby was ordered to show cause by July 29, 2022, why this action should not be dismissed for failure to state a claim. Again, Toby filed no response. Accordingly, Toby's Complaint [Doc. No. 1-1] is dismissed with prejudice, and this matter is hereby CLOSED.

IT IS SO ORDERED.

August 5, 2022                                    /s/ Indira Talwani
                                              United States District Judge